AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

INTAKE DROP BOX
RECEIVED & FILED
2018 JUL 31 AM 10: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Facebook account: https://www.facebook.com/arocho.37 )
located at premises owned, maintained, controlled, )
or operated by Facebook and headquartered at )
1601 Willow Road, Menlo Park, California. )
)
)
)

Case No. 18-7801 (M)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Judicial          District of   Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:
**See Attachment A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be se*
**See Attachment B**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property

**YOU ARE COMMANDED** to execute this warrant on or before:   5/18/18
*(not to exceed 10 days)*

✔ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Hon. Bruce J. McGiverin   Clerk   .
   *(name)*

✔ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ✔ for   30   days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   MAY 04 2018  1:57 pm    _____
                                                *Judge's signature*

City and state: **SAN JUAN, PUERTO RICO**      Hon. Bruce J. McGiverin, United States Magistrate Judge

AO 93   (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-781 | Date and time warrant executed: May 4, 2018 | Copy of warrant and inventory left with: FB LE portal |

Inventory made in the presence of:
NA

Inventory of the property taken and name of any person(s) seized:
Disc containing Facebook results related to Facebook page of Ismael Arocho

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/31/2018

_Executing officer's signature_

SA Bethany J. Morris
_Printed name and title_